AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

*ORIGINAL*

# United States District Court

_____ SOUTHERN _____ DISTRICT OF _____ NEW YORK _____

BEVERLEY BROWN

## SUMMONS IN A CIVIL CASE

**V.**

JP MORGAN CHASE

CASE NUMBER:

# 07 CV 3291

## JUDGE CASTEL

TO: (Name and address of defendant)

JP MORGAN CHASE
270 PARK AVENUE
NEW YORK, NEW YORK

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Law Offices of Ambrose Wotorson, P.C.
26 Court Street, Suite 1811
Brooklyn, New York 11242
718-797-4861

an answer to the complaint which is herewith served upon you, within _____ twenty(20) _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

APR 2 4 2007

**J. MICHAEL McMAHON**

_____
CLERK

_____
DATE

_____
(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons In a Civil Action -SDNY  WEB 4/99

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE 5-10-07 |
| NAME OF SERVER *(PRINT)* AMBROSE WOTORSON | TITLE ESQ. |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant.  Place where served: _____
_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____
_____

☐ Returned unexecuted: _____
_____
_____

☑ Other *(specify):* VIA EXPRESS MAIL TO LEGAL DEPARTMENT JP MORGAN CHASE 270 Park Avenue, New York, New York

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

| DECLARATION OF SERVER |
|---|

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___5-10-07___         _____
              Date                        Signature of Server

                                  26 Court St, Ste 1811, Brooklyn,
                                  Address of Server    N.Y. 11242

_____

(1)   As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
BEVERLEY BROWN

                              Plaintiff


    -Against-                                              07-Civ-03291



JP MORGAN CHASE,
                          Defendant
-----------------------------------------------------------X

## CERTIFICATE OF SERVICE

I, Ambrose Wotorson, an attorney duly admitted to practice law in the State of New

York, certify under penalty perjury, that a Summons and Complaint, and an Order from Judge

Castel Scheduling an Initial Pretrial Conference upon the Legal Department at JP Morgan Chase

located at 270 Park Avenue, New York, New York by priority mail on May 10, 2007.

Dated: Brooklyn, New York
    **May 10, 2007**

                              Respectfully Submitted,
                              By:_____
                              Ambrose Wotorson (AWW-2412)
                              26 Court Street
                              Suite 1811
                              Brooklyn, New York 11242
                              (718)-797-4861