

Tara A. Griffin
Vice President
Assistant General Counsel

# MEMO ENDORSED

June 25, 2007

**Via Federal Express Mail**
Honorable P. Kevin Castel
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

    Re:    **Beverley Brown v. JP Morgan Chase**
            **Index Co. 07 CV 3291 (PKS)**

Dear Judge Castel:

    I am in-house counsel with the JPMorgan Chase Legal Department, which represents JPMorgan Chase Bank, N.A. (JPMC or Defendant) in the above-referenced matter. I am writing to request an adjournment of the pre-trial conference that has been scheduled in this matter for June 29, 2007.

    While JPMC received notice of the lawsuit several weeks ago, Defendant was not served with the Complaint in this action until June 22, 2007, at which time Plaintiff mailed a copy of the Complaint along with two copies of the Notice of Lawsuit and Request for Waiver of Service of Summons and Waiver of Service of Summons. JPMC intends to execute and return the waiver this week and answer the complaint well in advance of the time frame allowed in the Federal Rules of Civil Procedure (i.e., before August 21, 2007).

    JPMC will not have filed and served its answer to the Complaint by June 29, 2007, the date on which the initial pre-trial conference has been scheduled. Therefore, JPMC respectfully requests an adjournment of the conference to a date after the issue has been joined.

    This is the first request for an adjournment of the June 29th conference. I have discussed this request with my adversary who consents to the same.

    Respectfully submitted,

    *Tara A. Griffin*

    Tara A. Griffin

cc:    Ambrose Wotorson, Esq. (via telecopy)

JPMorgan Chase & Co. • Legal Department • One Chase Manhattan Plaza, Floor 26, New York, NY 10081
Telephone: 212 552 5101 • Facsimile: 212 552 1630
tara.a.griffin@chase.com
159011:v1