UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X

| | | |
|---|---|---|
| BEVERLEY BROWN, | : | ECF<br>07 CV 3291 (KPC) |
| | : | |
| Plaintiff, | : | RULE 7.1 |
| | : | STATEMENT |
| JP MORGAN CHASE, | : | |
| Defendant. | : | |
| | : | |

------------------------------------------------------------- X

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable district judges and magistrate judges of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for Defendant JPMorgan Chase certify that the following reflects any publicly held corporate parents, and listing of any publicly held company that owns 10% or more of the party's stock:

JPMorgan Chase & Co.

Dated: New York, New York
       August 16, 2007

                                 **JPMorgan Chase Legal Department**

                                 By: _____
                                       Tara A. Griffin, Esq. (TAG 9462)
                                       Attorneys for Defendant
                                       JPMorgan Chase Bank, N.A.
                                       One Chase Manhattan Plaza, 26th Floor
                                       New York, New York 10081
                                       (212) 552-5101

160216:v1