UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
BEVERLEY BROWN,                              :      ECF
                                             :
                    Plaintiff,               :      07 CV 3291(KPC)
                                             :
- against -                                  :
                                             :      DISCLOSURES PURSUANT
JPMORGAN CHASE,                              :      TO RULE 26(A) OF THE
                                             :      FEDERAL RULES OF
                    Defendant.               :      <u>CIVIL PROCEDURE</u>
----------------------------------------------------------------X

       JPMorgan Chase Bank, National Association (hereafter "Defendant" or "JPMC"), erroneously named herein as JP Morgan Chase, by its attorneys, the JPMorgan Chase Legal Department, respectfully submit its initial disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1) as follows:

      A.    The names and, if known and presently available, the address and telephone numbers for individuals likely to have discoverable information relevant to the facts alleged in Plaintiff's Complaint are: Cindy Davis, Penny McClung, Una Miller, Sherrie Rutter, Dennis Young. These individuals may be contacted via Tara A. Griffin, Assistant General Counsel, JPMorgan Chase Legal Department, One Chase Manhattan Plaza/26th Floor, New York, New York 10081; (212-552-5101).

      B.    Documents, data compilations, and tangible things that are relevant to disputed facts alleged with particularity in the pleadings include:

    1.    Employee records and profile forms for Plaintiff, Sherrie Rutter, Richard Albert, Charles Mazzarella;

    2.    Files maintained or obtained by JPMC's Human Resources Department concerning Plaintiff, Sherrie Rutter, Richard Albert, Charles Mazzarella;

160375:v1

3. Available manager records for Plaintiff, Sherrie Rutter, Richard Albert, Charles Mazzarella;

4. Business organizational charts;

5. Relevant correspondents including, without limitation, electronic mail correspondence;

6. Relevant Reduction in Force Business Plan;

7. JPMC Corporate Human Resource Policies; and

8. JPMC Code of Conduct.

Copies of the documents referred to above will be provided to Plaintiff upon Defendant's receipt of a Stipulation and Order of Confidentiality which has been executed by Plaintiff and his attorneys and "So Ordered" by the Court. In the meantime, such documents are available for inspection, by appointment, at the offices of the JPMorgan Chase Legal Department, One Chase Manhattan Plaza, 26th Floor, New York, New York 10081, Attn: Tara A. Griffin, (212) 552-5101.

C. The provisions of Federal Rule of Civil Procedure 26(a)(1)(C) are not applicable at this time because Defendant currently is not seeking damages from Plaintiff.

D. Defendant is investigating what, if any, insurance agreements may apply to Plaintiff's claims and will supplement their response as appropriate.

Dated: New York, New York
      August 30, 2007

JPMORGAN CHASE LEGAL DEPARTMENT

By: _____
TARA A. GRIFFIN, ESQ. (TAG 9462)
Attorneys for Defendant
One Chase Manhattan Plaza, 26th Floor
New York, New York 10081
(212) 552-5101

To:    Ambrose W. Wotorson (AWW-2412)
      Law Office of Ambrose Wotorson, P.C.
      26 Court Street, Suite 1811
      Brooklyn, New York 11242
      (718) 797-4861

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
                                                                 :
BEVERLEY BROWN,                                                  :
                                                                 :
                                                                 :   ECF
                              Plaintiff,                         :   07 CV 3291 (KPC)
         - against -                                             :
                                                                 :   **AFFIDAVIT OF**
                                                                 :   **SERVICE**
JP MORGAN CHASE,                                                 :
                                                                 :
                                                                 :
                              Defendant.                         :
-----------------------------------------------------------------x

**STATE OF NEW YORK**        )
                             ) ss.:
**COUNTY OF NEW YORK**       )

_Susan McNamara_, being duly sworn, deposes and says, that deponent is not a party to the action, is over eighteen years of age and is employed by JPMorgan Chase Bank, N.A.

That on the 30th day of August 2007, deponent served the within by mail:

DISCLOSURES PURSUANT TO RULE 26(A) OF THE FEDERAL RULES
OF CIVIL PROCEDURE

TO:   Ambrose W. Wotorson, Esq.
      Law Office of Ambrose Wotorson, P.C.
      26 Court Street, Suite 811
      Brooklyn, New York 11242
      (718) 697-4861


by the address designated for that purpose by depositing a true copy of same enclosed in a postpaid properly addressed wrapper in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

_Susan McNamara_

Sworn to before me this
30th day of August, 2007

_____
Notary Public
STUART RADISH
Notary Public, State of New York
No. 01RA6115435
Qualified in New York County
Commission Expires September 7, 2008

160194:v1