UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Beverly Brown

                  Plaintiff,

        -against-

JP Morgan Chase

                  Defendant.
------------------------------------------------------------X

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/11/08

**ORDER OF REFERENCE
TO A MAGISTRATE JUDGE**

07 Civ. 3291 (PKC)(JCF)

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

___ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___ Specific Non-Dispositive Motion/Dispute:*
_____
_____

    If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

_X_ Settlement* The parties advise they would be Ready for a settlement conference _____

___ Inquest After Default/Damages Hearing

___ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

___ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

    Purpose:_____

___ Habeas Corpus

___ Social Security

___ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

    Particular Motion:_____
    _____

    All such motions: ____

\* Do not check if already referred for general pretrial.

**SO ORDERED.**

                                                          P. Kevin Castel
                                           United States District Judge

DATED: New York, New York
            January 11, 2008